# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN L. FISH, et al., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-00326-APG-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| LIBERTY MUTUAL FIRE ) | |
| INSURANCE COMPANY, et al., ) | (Docket No. 31) |
| ) | |
| Defendants. ) | |

  Pending before the Court is Defendant Western United Insurance Company's emergency motion to stay discovery pending resolution of its motion for summary judgment. *See* Docket No. 31; *see also* Docket No. 30 (motion for summary judgment). The Court hereby ORDERS that any response be filed no later than noon on December 4, 2013, and any reply be filed no later than noon on December 5, 2013. The Court further SETS a hearing on the motion for December 6, 2013, at 2:00 p.m. in Courtroom 3B.

  IT IS SO ORDERED.

  DATED: December 3, 2013

                  _____
                  NANCY J. KOPPE
                  United States Magistrate Judge