1
2
3
4
5
6                 **UNITED STATES DISTRICT COURT**
7                       **DISTRICT OF NEVADA**
8
9
10    SEAN L. FISH, et al.,

11                      Plaintiff(s),

12    vs.

13    LIBERTY MUTUAL FIRE INSURANCE
COMPANY, et al.,

14                    Defendant(s).

Case No. 2:13-cv-0326-APG-NJK

ORDER STRIKING NOTICE
OF APPEARANCE

(Docket No. 36)

15

16        On December 10, 2013, Bradley Mainor filed a blank notice of appearance with the Court.

17 Docket No. 36.  Because the document is blank and because Mr. Mainor is already counsel of record,

18 the notice is hereby STRICKEN.

19        IT IS SO ORDERED.

20        DATED: <u>December 10, 2013</u>

21

22                               NANCY J. KOPPE
                                United States Magistrate Judge

23
24
25
26
27
28