UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SEAN L. FISH, et al., | ) ) | |
| Plaintiff(s), | ) ) | Case No. 2:13-cv-0326-APG-NJK |
| vs. | ) ) | ORDER SANCTIONING BROCK OHLSON, JOSEPH WIRTH, AND BRADLEY MAINOR |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

On December 13, 2013, the Court issued an order finding that Plaintiffs' attorneys, Brock Ohlson, Joseph Wirth and Bradley Mainor, shall be jointly and severally responsible to pay the attorney's fees incurred by Defendants for their counsel attending the hearing held on December 6, 2013. *See* Docket No. 44. On December 16, 2013, Defendant Liberty Mutual submitted a declaration outlining attorney's fees in the amount of $425 incurred in attending the subject hearing. Docket No. 47. Also on December 16, 2013, Defendant Western United submitted a declaration outlining attorney's fees in the amount of $315 incurred in attending the subject hearing. Docket No. 46.[1] Although the Court provided them an opportunity to do so, *see* Docket No. 44 at 3, Plaintiffs' counsel

---

[1] Defendant Western United appears to also seek to recover for time incurred preparing for the hearing, *see* Docket No. 46 at 2, but the Court did not find attorney's fees for such time should be recovered here, *see* Docket No. 44 at 3 (providing sanction for attorney's fees incurred in attending the hearing). Indeed, the Court ultimately held the hearing a few days later, so any time spent by Defendant's counsel to prepare for the subject hearing would have been incurred regardless of Plaintiffs' counsel's misconduct.

has not objected to these calculations.  Moreover, the Court finds the rates and hours claimed to be reasonable.  Accordingly, Brock Ohlson, Joseph Wirth and Bradley Mainor shall pay Defendant Liberty Mutual $425 and Defendant Western United $315 in attorney's fees no later than January 31, 2014.

IT IS SO ORDERED.

DATED: January 27, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2